JS - 6

**FILED: 5/6/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Karla Christensen*, | CASE NO. CV 11-10369-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Synthes USA*, | |
| Defendant. | |

Pursuant to the Court's May 6, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Karla Christensen's claims against Defendant Synthes USA Sales, LLC (erroneously sued as Synthes U.S.A.) are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: May 6, 2013

_____
GEORGE H. KING
Chief United States District Judge